UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRACY TERRELL WATSON,

    Plaintiff,

v.                                Case No. 3:14cv312/LC/CJK

SERGEANT STOKES, OFFICER
PUGH, OFFICER PAGE, LIEUTENANT
COWAN

    Defendants.
_____/

REPORT AND RECOMMENDATION

    Plaintiff, a prisoner proceeding *pro se*, filed this matter under 42 U.S.C. § 1983 in the United States District Court for the Middle District of Florida.  Doc. 1.  The case was transferred to this court on June 30, 2014.  Doc. 3.  On July 3, 2014, the court entered an order advising plaintiff that his complaint was deficient and that the court could not proceed until he corrected the deficiency and either paid the filing fee or filed a properly completed *in forma pauperis* motion.  *See* doc. 5.  The court allowed plaintiff thirty days in which to comply.  After thirty days passed and plaintiff failed to comply with the court's order, the court directed plaintiff to show cause within fourteen days why the case should not be dismissed for failure to comply with an order of the court.  *See* doc. 6.  In response to the court's order, plaintiff advised that he had been unable to obtain writing materials and requested that the

matter "be heard or dismiss[ed] with prejudice."  *See* doc. 7.  The court allowed plaintiff a final opportunity to comply with its order and advised that, in the event he failed to do so within fourteen days, the case would be dismissed for failure to comply with an order of the court (doc. 8).  More than fourteen days have passed and plaintiff has failed to comply with the court's July 3, 2014, order.  Accordingly, it is respectfully RECOMMENDED:

      1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

      2.  That the Clerk be directed to close the file.

      At Pensacola, Florida this 18th day of September, 2014.

      */s/ Charles J. Kahn, Jr.*
      **CHARLES J. KAHN, JR.**
      **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).