UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRACY TERRELL WATSON,

    Plaintiff,

v.    Case No. 3:14cv312/LC/CJK

SERGEANT STOKES, OFFICER
PUGH, OFFICER PAGE, LIEUTENANT
COWAN

    Defendants.
_____/

ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 18, 2014 (doc. 9). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

3. The Clerk is hereby directed to close the file.

**DONE AND ORDERED** this 21st day of October, 2014.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**

*Case No. 3:14cv312/LC/CJK*